No. 85–5078.   SOTELO *v.* UNITED STATES.   C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded to the

Court of Appeals for further proceedings, including, if appropriate, the reentry of its judgment affirming petitioner's conviction and appointment of counsel to assist petitioner in seeking timely review of that judgment in this Court. JUSTICE REHNQUIST dissents.